STATE ex rel. HAUGAN, Appellant, v. BELATTI et al.,

Respondents.

(163 N. W. 1071.)

(File Nos. 4120, 4121. Opinion filed August 7, 1917.)

Appeal from Circuit Court, Codington County. Hon. CARL G. SHERWOOD, Judge.

Proceedings by the State, on the relation of A. J. Haugan, State's Attorney, against Severi Belatti and others. From certain intermediate orders, relator appeals. Orders affirmed.

*Wilbur S. Glass,* and *Sherin & Sherin,* for Appellant.

*A. J. Haugan,* and *J. E. Mather,* for Respondents.

PER CURIAM. Notices of appeal from two intermediate orders in the above-entitled action were filed in this court October 9, 1916. No further steps have been taken in said appeals. They are therefore deemed abandoned, and the order appealed from are affirmed.